UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 25-CR-196 (RBW) |
| ) | |
| ISAIAH PUSHIA-KEITH ) | |
| ) | |

**MOTION TO RETURN MR. PUSHIA-KEITH TO THE D.C. DETENTION FACILITY**

Defendant Isaiah Pushia-Keith, through undersigned counsel, asks this Court to request that the U.S. Marshal for the District of Columbia returns Mr. Pushia-Keith to the D.C. Central Detention Facility, where he has been held since his arrest. The day after the status conference, on January 15, 2026, Mr. Pushia-Keith was moved from D.C. CDF to the Northern Neck Regional Jail in Warsaw, Virginia. Mr. Pushia-Keith's case is still pretrial and counsel is still in the process of conferring with Mr. Pushia-Keith about his options. Traveling to and from Northern Neck Regional Jail takes two hours both ways and visitation is limited, making it extremely difficult to meet with a client on a regular basis.

Additionally, Mr. Pushia-Keith was not provided with a change of clothes, specifically underwear and a shirt when he arrived at Northern Neck. He also has not been provided any hygiene products, but instead was told he could purchase these items from the commissary. However, the Northern Neck commissary does not permit individuals with a Washington, D.C. address to add funds to an individual's commissary account remotely. The only way to add funds is to drive two hours to the jail and add it at a kiosk in the entryway during business hours. This makes it virtually impossible for a defendant with family from D.C., like Mr. Pushia-Keith to purchase regular hygiene items, let alone anything else from commissary.

While counsel understands that the U.S. Marshals have to manage their bed space at various facilities, transfer to Northern Neck Regional Jail has caused significant difficulties for counsel and left Mr. Pushia-Keith without access to basic hygiene items and clean clothes.

Therefore, Mr. Pushia-Keith asks the Court to request that he is moved back to the D.C. Central Detention Facility.

                                      Respectfully submitted,

                                      A. J. KRAMER
                                      FEDERAL PUBLIC DEFENDER

                                      */s/ Diane Shrewsbury*
                                      DIANE SHREWSBURY
                                      Assistant Federal Public Defender
                                      625 Indiana Avenue, N.W., Suite 550
                                      Washington, D.C.  20004
                                      (202) 208-7500

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **No. 25-CR-196 (RBW)** |
| ) | |
| **ISAIAH PUSHIA-KEITH** ) | |
| ) | |

### [PROPOSED] ORDER

Upon consideration of the Motion to Return Mr. Pushia-Keith to the D.C. Detention Facility, it is hereby ORDERED that Mr. Pushia-Keith shall be returned to the D.C. Central Detention Facility.

Date:_____                    _____
                                         THE HONORABLE REGINALD WALTON
                                         UNITED STATES DISTRICT COURT JUDGE